UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT
CIVIL ACTION NO. 3:14-CV-00024-GFVT

*ELECTRONICALLY FILED*

STEPHEN BURKE ET AL                                                                    PLAINTIFFS

VS.         **PLAINTIFFS' MEMORANDUM IN SUPPORT OF
            MOTION TO CONTINUE SCHEDULING ORDER**

KENTUCKY STATE POLICE ET AL                                                         DEFENDANTS

* * * * * * * * * * * * * *

The pendency of the Defendants' Motion For Summary Judgment has resulted in the first scheduling order deadline coming due on June 30, 2015 for which the Plaintiffs have no answer as of this date because discovery has not move forward. Discovery has not moved forward because of the uncertainty of what direction this lawsuit is going to take depending on how the Court rules on the Defendants' Motion For Summary Judgment. The Plaintiffs and their counsel do not possess the resources to engage in costly, both in time and money, discovery until such time as we are certain as to whether that discovery is going to be utilized. The Defendants' counsel has refused to extend any agreement on this issue because they obviously do have the resources to expend in time and money for discovery that may or may not be useful, depending on the course this lawsuit takes after the Court rules on their motion. This is one of those perfect examples of how removing this case to the federal court system and its associated civil rules results in manipulation that is expensive in terms of time and money.

Consequently, the Plaintiffs respectfully request that all deadline dates set forth in the current scheduling order be continued until such time as all parties have knowledge of whether discovery is going to be permitted and useful. Judicial economy and just plain common sense suggest that if discovery is not going to be useful, it should not be compelled simply to maintain a schedule that is no longer attainable, even if this lawsuit moves forward in this trial court forum.

Respectfully submitted,

s/ EDWARD L. YANCY