**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT FRANKFORT**
**CIVIL ACTION NO: 3:14-CV-00024-GFVT**

*Electronically filed*

| | |
|---|---|
| STEPHEN BURKE, ET AL | ) |
| Plaintiffs | ) |
| vs. | ) |
| | ) |
| KENTUCKY STATE POLICE, ET AL | ) |
| Defendants | ) |
| | ) |

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\*
**RESPONSE TO PLAINTIFFS' MOTION FOR CONTINUANCE**
\*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

Come the Defendants, Kentucky State Police, and Commissioner Rodney Brewer, Kentucky State Police Commissioner, by Counsel and in response to the Motion of the Plaintiffs to extend discovery deadlines in the above styled action, state as follows:

1.) The Defendants object to any extension of the discovery deadlines or other scheduling deadlines which were agreed to by the parties pursuant to Federal Civil Rule 26.

2.) The parties, through counsel, met in February 2015 and agreed to all scheduling deadlines. Since that date, counsel for the Plaintiffs has filed one discovery request in the form of written interrogatories and requests for production of documents, which Defendants answered on or about April 9, 2015. Since the Defendants' responses to those discovery requests, there have been no other attempts by the Plaintiffs, through counsel, to obtain any discovery in this matter.

3.) There is no reason that the Plaintiffs cannot continue with discovery while the parties await the decision of the Court with regard to the Defendants' motion for Summary Judgment. Should the Court overrule the motion and the case proceeds toward trial, the parties would then be on schedule to move this case along expeditiously and without any further delay. There is simply no point in delaying this case unnecessarily because the Defendants have chosen to file a dispositive motion.

/s/ Perry R. Arnold_____
Perry R. Arnold
Kentucky State Police
919 Versailles Road
Frankfort, Kentucky  40601
(502) 782-4281
Fax:  (502) 573-1636
perryr.arnold@ky.gov
Counsel for Defendant – Kentucky State Police
Counsel for Defendant – Rodney Brewer